```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAURA E. LOPEZ,                                                      JUDGMENT
                                                                     07-CV- 0680 (BMC)
                        Plaintiff,

    -against-


COMMISSIONER OF SOCIAL SECURITY,


                        Defendant.
-----------------------------------------------------------------X
```

An Order of Honorable Brain M. Cogan, United States District Judge, having been filed on October 15, 2007, reversing the decision of the Commissioner of Social Security (the "Commissioner"), pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including, but not limited to, addressing the opinions of plaintiff's treating physician; and further, ordering that the Commissioner will issue a new decision in as expeditious a manner as possible; it is

ORDERED and ADJUDGED that the decision of the Commissioner of Social Security (the "Commissioner") is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); that plaintiff's claim is remanded for further administrative proceedings, including, but not limited to, addressing the opinions of plaintiff's treating physician; and it is further,

ORDERED and ADJUDGED that the Commissioner will issue a new decision in as expeditious a manner as possible.


Dated: Brooklyn, New York
       October 25, 2007

                                                         ROBERT C. HEINEMANN
                                                         Clerk of Court